| | |
|---|---|
| 1 | JEFFREY SAAB, ESQ. |
| | Nevada State Bar No. 11261 |
| 2 | BREMER WHYTE BROWN & O'MEARA LLP |
| | 1160 N. TOWN CENTER DRIVE |
| 3 | SUITE 250 |
| | LAS VEGAS, NV 89144 |
| 4 | TELEPHONE: (702) 258-6665 |
| | FACSIMILE: (702) 258-6662 |
| 5 | jsaab@bremerwhyte.com |

Attorneys for Defendant,
James River Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNDON JOHN ROTH and ROWENA ROTH, | Case No.: 2:21-cv-00408-CDS-EJY |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| GEICO GENERAL INSURANCE COMPANY, JAMES RIVER INSURANCE COMPANY, DOES I - X, AND ROE CORPORATIONS I - X, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between, Defendant James River Insurance Company ("Defendant" or "JRIC"), by and through its counsel of record, Jeffrey W. Saab, Esq., of Bremer Whyte Brown & O'Meara, LLP and Plaintiffs Lyndon Roth and Rowena Roth ("Plaintiffs") (collectively the "Parties") by and through their attorney of record Christian Griffin, Esq. of Hale Injury Law, hereby stipulate that all of Plaintiff's claims for relief asserted in the Complaint in Case No.

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1256.729  4877-3250-9502.1

2:21-cv-00408-CDS-EJY are dismissed with prejudice. Each party further agrees to bear its own fees and costs. The Clerk of Court is directed to close the case.

| BREMER WHYTE BROWN & O'MEARA LLP | HALE INJURY LAW |
|---|---|
| By: */s/ Jeffrey Saab*<br>Jeffrey W. Saab, Esq.<br>Nevada State Bar No. 11261<br>*Attorneys for Defendant*<br>*James River Insurance Company* | By:*/s/ Christina Griffin*<br>Christian N. Griffin, Esq.<br>Nevada State Bar No. 10601<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 2, 2022

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1256.729 4877-3250-9502.1